**FILED**
SEP 2 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Bruce Robert MASSEY,<br><br>        Defendant. | Magistrate Case No.: '07 MJ 8803<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

    The undersigned complainant being duly sworn states:

    That on or about September 20, 2007, within the Southern District of California, defendant Bruce Robert MASSEY, did knowingly and intentionally import approximately 76.94 kilograms (169.27 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

    The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                    *Hugo A. Leon*
                                                    Special Agent Hugo Leon
                                                    Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, September 21, 2007.

                                                    Peter C. Lewis
                                                    U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Bruce Robert MASSEY

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Immigration and Customs Enforcement Special Agent Hugo Leon.

On September 20, 2007, at approximately 1607 hours, Customs and Border Protection (CBP) Officer Edmonds was assigned to the primary lanes of the Calexico, California East Port of Entry when a white GMC utility truck bearing California license plates 5X22927, approached for entry into the United States.

CBP Officer J. Edmonds encountered the driver, sole occupant and registered owner of the vehicle, Bruce Robert MASSEY. CBP Officer J. Edmonds received a negative Customs declaration from MASSEY. CBP Officer J. Edmonds noticed that MASSEY was very nervous as his voice began to crack and he began to twist his hands. CBP Officer J. Edmonds referred MASSEY to the Vehicle Secondary Lot for further examination.

In the Vehicle Secondary Lot, CBP Canine Enforcement Officer B. Pyburn utilized his Narcotic-Human Detector Dog (NHDD). NHDD alerted to the rear bed area of the utility truck. CBP Officer S. Lopez was notified of the alert and assumed responsibility of the utility truck. During CBP Officer S. Lopez's inspection he discovered several cellophane wrapped packages concealed in a false bed compartment. CBP Officer S. Lopez probed one of the packages producing a green, leafy, organic substance, which field-tested positive for the indication of marijuana. A total of twelve (12) packages were removed from the false bed compartment. The total weight of the packages was approximately 76.94 kilograms (169.27 pounds).

MASSEY was advised of his Constitutional rights per Miranda. MASSEY stated to Special Agent Leon that he understood his rights and was willing to make a statement without an attorney present. MASSEY admitted to knowledge of the marijuana found concealed in the utility truck and was to be paid $600.00 if successful in crossing the utility truck into Calexico, California.