1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Bruce Robert Massey

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,          )   Case No. 07MJ8803
                                        )
12 |         Plaintiff,                 )
                                        )
13 | v.                                 )   **CERTIFICATE OF SERVICE**
                                        )
14 | BRUCE ROBERT MASSEY,               )
                                        )
15 |         Defendant.                 )
   |_____    )

16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
20

21                                      Respectfully submitted,

22

23 DATED:    September 24, 2007         /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Bruce Robert Massey
25

26

27

28