**FILED**
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR2911-LAB |
|---|---|
| Plaintiff, | ) |
|  | ) **I N F O R M A T I O N** |
| v. | ) |
|  | ) Title 21, U.S.C., Secs. 952 and |
| BRUCE ROBERT MASSEY, | ) 960 - Importation of Marijuana |
|  | ) (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about September 20, 2007, within the Southern District of California, defendant BRUCE ROBERT MASSEY, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 76.94 kilograms (approximately 169.27 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: __October 18, 2007__.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
10/18/07