1  DIANE M. REGAN
   California State Bar Number 207027
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4
   Attorneys for Defendant Massey
5

FILED
NOV - 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY A. BURNS)

| UNITED STATES OF AMERICA, | ) CASE NO. 07CR2911-LAB |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|  | ) ACKNOWLEDGMENT OF NEXT |
| BRUCE ROBERT MASSEY, | ) COURT DATE |
| Defendant. | ) |

I, BRUCE ROBERT MASSEY, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is November 7, 2007, at 10:30 a.m., before the Honorable Peter C. Lewis.

I declare that the foregoing is true and correct.

DATED: 10/29/07

BRUCE ROBERT MASSEY

N:\MOTN\MASSEYACK.WPD

07CR2911