GREGORY T. MURPHY
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Gregory_Murphy@fd.org

Attorneys for Mr. Bruce Massey

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07-cr-2911-LAB |
| Plaintiff, | ) |
| v. | ) ACKNOWLEDGMENT OF |
|  | ) NEXT COURT DATE |
| BRUCE MASSEY, | ) |
| Defendant. | ) |

I, Bruce Robert Massey, hereby acknowledge that my next court date to appear before the United States District Court for the Southern District of California is April 1, 2008, at 9:30 a.m., before the Honorable Larry Alan Burns.

I declare that the forgoing is true and correct.

DATED: 2/21/08

Bruce Robert Massey