1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Bruce Robert Massey

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE LARRY A. BURNS)**

11 UNITED STATES OF AMERICA,            )   Case No. 07CR2911-LAB
                                        )
12         Plaintiff,                   )
                                        )
13 v.                                   )   **CERTIFICATE OF SERVICE**
                                        )
14 BRUCE ROBERT MASSEY,                 )
                                        )
15         Defendant.                   )
   _____)

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                       James P. Melendres
         James.Melendres@usdoj.gov,Paula.Steward@usdoj.gov,efile.dkt.gc2@usdoj.gov

21                                        Respectfully submitted,

23 DATED:     February 25, 2008          /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
24                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Bruce Robert Massey