# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
      vs )
Bruce Robert Massey )
        )

CASE NUMBER __07CR2911-LAB__

ABSTRACT OF ORDER

Booking No. __01593298__

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 4/21/08 _____

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____✓____ Defendant remanded and ( ___✓___ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

LARRY A. BURNS

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT
       OR

Received _____
     DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk
T WASHAM

Crim-9   (Rev 6-95)

* U.S. GPO: 1996-783-398/40151

CLERKS' COPY